UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 11

Carman Development Corp.                                      Case No.: 14-75672-AST

                                      Debtors.
-----------------------------------------------------------------X

## ORDER APPROVING FINAL FEE APPLICATION OF ESTATE PROFESSIONALS

WHEREAS, a hearing on the final fee application of Keen-Summit Capital Partners LLC as Real Estate Advisors were conducted before this Court on October 7, 2015, with appearances by Peter Corey, Esq. of Macco & Stern, LLP; Robert Tramatano, Keen-Summit Capital Partners LLC; and Stan Y. Yang, Esq. of the Office of the United States Trustee; and

WHEREAS, proper and timely notice of said hearings were duly served upon all creditors and parties in interest, and no parties appearing in opposition thereto; and

WHEREAS, it appears to the satisfaction of this Court that the Debtor is satisfied with the services rendered by its brokers; and

WHEREAS, this Court has jurisdiction to consider the fee applications, and all parties in interest have been afforded an opportunity to be heard at said hearings and Keen having agreed to a voluntary deduction of its fees; and after due deliberation, and good and sufficient cause being shown, and consistent with any and all representations made at the hearing, it is hereby:

      **ORDERED**, that the Application for Final Fee Allowances to Keen-Summit Capital Partners LLC is granted in full, and Keen is awarded and allowed fees in the sum of $63,750.00 its services and $7,600.50 for its expenses: Debtor may pay these amounts less $8,651 previously received by Keen as an expense retainer.

**NO OBJECTION:**
Office of the United States Trustee

By:    /S/  Stan Y. Yang  10/13/2015



Dated: October 14, 2015
Central Islip, New York

                                                **Alan S. Trust**
                                       **United States Bankruptcy Judge**