# EXHIBIT A

## PROPOSED RESOLUTION TO OBJECTIONS TO APPLICATION

| DEBTOR | FEES REQUESTED IN APPLICATION | FEES PREVIOUSLY GRANTED | REMAINING FEES | 80% OF REMAINING FEES (ALLOWED) | 20% OF REMAINING FEES (HOLDBACK) |
|---|---|---|---|---|---|
| Carman Development Corp. | $26,720.68 | $10,283.00 | $16,437.68 | $13,150.14 | $3,287.54 |